IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARLENE McINTIRE, :

    Plaintiff, :

                                                Case No. 3:09CV0160

vs. :

                                                District Judge Thomas M. Rose

MICHAEL J. ASTRUE, :    Magistrate Judge Sharon L. Ovington
    Commissioner of Social
    Security, :

    Defendant. :

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case originally was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It therefore is **ORDERED** THAT:

    1.    The Report and Recommendations filed on March 31, 2010 (Doc. #13) is ADOPTED in full;

2. The Commissioner's non-disability finding is VACATED;

3. No finding is made as to whether Plaintiff Marlene McIntire was under a "disability" within the meaning of the Social Security Act during the period of time at issue;

4. This case is REMANDED to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with the Report and Recommendations adopted herein; and

4. The case is TERMINATED on the docket of this Court.

April 21, 2010　　　　　　　　　　　　*s/THOMAS M. ROSE*

　　　　　　　　　　　　　　　　　　　Thomas M. Rose
　　　　　　　　　　　　　　　　　　　United States District Judge